# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2152. DIAZ v. THE STATE.

The Appellant's brief was originally due in this case on August 11, 2014. Counsel for the Appellant requested and was granted an extension of time to file a brief. This Court ordered counsel to file the Appellant's brief by August 25. On that date, however, counsel filed a non-conforming pleading which the Clerk's office rejected. On August 26, counsel filed an untimely motion for a second extension of time to file the Appellant's brief. Counsel also filed an untimely motion to "un-docket" the appeal based upon counsel's belated discovery that the transcript of the motion for a new trial hearing had not been prepared for inclusion in the appellate record.

Ordinarily, this Court would dismiss this case for failure to comply with an order of this Court. However, upon a review of the record before us, it appears that unusual delays have already occurred in this case as the result of lost or belatedly filed transcripts and pleadings. Therefore, in the interest of expediting this matter, counsel's request that the case be REMANDED to the trial court for the completion of the record is hereby GRANTED. When the clerk has completed preparation of the record, the clerk is directed to transmit the supplemented record to this Court for re-docketing of the appeal. The Appellant need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,* 09/09/2014

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

              *, Clerk.*